Albert E. Sims, Respondent, v. Martha Collins, Appellant.—Judgment affirmed, with costs. All concurred.

C. Lansing Jones, as Substituted Trustee under the Will of George W. Dodge, Deceased, Respondent, v. Sarah G. Bevillard, Appellant, Impleaded with Grace Harry and Others.— Judgment affirmed, with one bill of costs. All concurred.

John L. Shultz and Warren B. Dewitt, Respondents, v. The Skaneateles Railroad Company, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

Bertha Braven, as Administratrix, etc., of Harvey Braven, Deceased, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Henry Gallagher, Respondent, v. John F. Augar and Jeremiah Augar, Appellants.—Judgment and order affirmed, with costs. All concurred.

Louis H. Wegener, Respondent, v. Mary R. Doerflein, Appellant.— Judgment affirmed, with costs. All concurred.

George D. Townsend, as Administrator, etc., of Sarah M. Burt Townsend, Deceased, and Others, Appellants, v. William E. Crowner and Others, Respondents.— Judgment affirmed, with one bill of costs. All concurred.

August De Luz, Respondent, v. Emanuel Reams, Otherwise Known as Manel Rames, Appellant.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

Arthur Goossén, an Infant, by Alice Goossen, His Guardian ad Litem, Appellant, v. Charles S. Codington, Respondent.— Judgment of County Court reversed and judgment of Municipal Court affirmed, with costs in this court and County Court to appellant. All concurred, except McLennan, P. J., who dissented upon the opinion of the special county judge.

Minnie Hogan, Respondent, v. Daniel O'Brian, as Administrator, etc., of Stella O'Brian, Deceased, Appellant.— Judgment and order affirmed, with costs. All concurred.

Ophelia C. Klein, Respondent, v. Corden T. Graham, Appellant, Impleaded with Rolla C. Grant.—Judgment and order affirmed, with costs. All concurred.

Martha J. Andrus, Appellant, v. Silver Lake Railway Company, Respondent, Impleaded with Buffalo, Rochester and Pittsburgh Railway Company.— Judgment and order affirmed, with costs. All concurred.

International Ferry Company, Respondent, v. American Fidelity Company, Appellant.— Judgment affirmed, with costs. All concurred.